```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   LAURA L. FERRIS
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2700
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   CR-S-00-524 MCE
                                )
12              Plaintiff,      )   FINAL ORDER OF FORFEITURE
                                )
13        v.                    )
                                )
14 JORDAN ROSENBERG,            )
                                )
15              Defendant.      )
   _____)
16
17      WHEREAS, on October 1, 2004, this Court entered a Preliminary
18 Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982,
19 based upon the guilty verdict of defendant Jordan Rosenberg for
20 violations of 18 U.S.C. § 1347, Health Care Fraud; 18 U.S.C. § 1341,
21 Mail Fraud, and 18 U.S.C. § 1001, False Statements and forfeiting to
22 the United States the following property:
23           a.   All net proceeds Jordan Rosenberg realized from the
                  sale of the real property located at 9 Beechwood
24                Drive, Oakland, CA, APN: 48A-7119-002 as established
                  in Exhibit A attached hereto, excluding the
25                $161,978.60 previously deposited with the Department
                  of Treasury.[1]
26
   _____
27      [1] The $161,978.60 previously deposited with the Department of
   Treasury shall be credited against the $250,000 personal money judgment
28 against defendant Jordan Rosenberg as set forth in paragraph b above, and
```

1

        b.    A personal money judgment in the amount of $250,000.00, which represents the proceeds of the scheme to defraud.

        c.    Bank account number 1270015693 in the name of the Morningside Institute at the Union Bank.

        d.    Bank account number 200-01100003285-0 in the name of the Morningside Institute at the Marshall Fund.

        e.    Bank account number 530-15141-12 in the name of Jordan Rosenberg/Medi-Clinic, Inc., at Salomon Smith Barney.

        f.    Bank account number T116054727 in the name of Havenew Marketing at Fidelity Investments.

        g.    Bank account number 921-000324542 in the name of the TonPrince Equipment at American Century.

        h.    Bank account number 012592621 in the name of the Bridgecam Administration at USAA State Street Bank.

        i.    Bank account number 971000849667 in the name of the Morningside Properties at American Century.

AND WHEREAS, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Recorder</u> (Sacramento County) on January 6, 13, and 20, 2005, and in the <u>Inter-City Express</u> (Alameda County) on January 7, 14, and 21, 2005, newspapers of general circulation located in the county in which the acts or omissions giving rise to the forfeiture occurred and in the county in which the above-described property was seized. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal

---

all right, title and interest in said funds shall be forfeited to the United States to be disposed of as provided for by law.

1  interest in the forfeited property;
2       AND WHEREAS, the Court has been advised that no third party has
3  filed a claim to the subject property, and the time for any person
4  or entity to file a claim has expired.
5       Accordingly, it is hereby ORDERED and ADJUDGED:
6       1.  A Final Order of Forfeiture shall be entered forfeiting to
7  the United States of America all right, title, and interest in the
8  above-listed property pursuant to 18 U.S.C. § 982 for violations of
9  18 U.S.C. §§ 1347, 1341, and 1001, to be disposed of according to
10 law, including all right, title, and interest of Jordan Rosenberg.
11      2.  All right, title, and interest in the above-described
12 property shall vest solely in the name of the United States of
13 America.
14      3.  The U.S. Department of Treasury shall maintain custody of
15 and control over the subject property until it is disposed of
16 according to law.
17      SO ORDERED THIS 31st day of May, 2005.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

24 ///
25 ///
26 ///
27 ///

3

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Verdict of Guilt as to defendant Jordan Rosenberg, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the above-described property.

DATED: May 31, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE